**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHELE TORRES,

                Plaintiff,                              20 **CIVIL** 2612 (GWG)

        -against-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated September 14, 2021, Torres's motion for judgment on the pleadings is denied, and the Commissioner's cross-motion for judgment on the pleadings is granted.

**Dated:**  New York, New York
           September 14, 2021

                                                                 **RUBY J. KRAJICK**
                                                                 _____
                                                                **Clerk of Court**
                                     **BY:**        *K. Mango*
                                                               _____
                                                                 **Deputy Clerk**